Allamuchy Twp Water and Sewer
292 Alphano Rd.
Great Meadows, NJ 07838

Amazon
PO Box 965015
Orlando, FL 32896

American Express
PO Box 981537
El Paso, TX 79998

A T & T
PO Box 10330
Fort Wayne, IN 46851

Atlantic Medical Group
100 Madison Ave.
Morristown, NJ 07960

Bank of America Mastercard
PO Box 15019
Willmington, DE 19886

Bank of America Visa Card
PO Box 15019
Willmington, DE 19886

Big Tree Anesthesia
516 Hamburg Tpke. Ste. 2
Wayne, NJ 07470

Budd Lake Family Dentistry
100 Rt. 46 W. Suite 13
Budd Lake, NJ 07828

Burlington Dental Associates
1130 N Route 130
Burlington, NJ 08016

Care Credit
C/O PO Box 965036
Orlando FL, 32896

Comcast Cable Northwest NJ
155 Port Murray Rd.
Port Murray, NJ 07865

Costco Visa by Citi
PO Box 6190
Sioux Falls, SD 57117

Credit One
PO Box 98873
Las Vegas, NV 89193

Dayal, Saraswati
5 Summit Ave #105
Hackensack, NJ 07601

Denville Oral & Maxillofacial
35 W Main St. Suite 101
Denville, NJ 07834

Discover
PO Box 30421
Salt Lake City, UT 84130

Elizabethtown Gas
P.O. Box 6031
Bellmawr, NJ 08009

Emergency Associates of Lower Bucks County
501 Bath Road
Bristol, PA 19007

Emergency Phy. Assoc of S Jersey
PO Box 63599
Cincinnati, OH 45263

Epic Pain Management & Anesthesia Consultants
PO Box 21876
New York, NY 10087

Footcare Associates PC
488 Schooleys Mtn. Rd Hastings 1B
Hackettstown, NJ 07840

Geico
1 Geico Center
Macon, GA 31296

```
Hackettstown Medical Center
651 Willow Grove St.
Hackettstown, NJ 07840

Hunterdon Medical Center
2100 Wescott Dr.
Flemington, NJ 08822

JCP&L
PO Box 3687
Akron, Ohio 44309

Kohl's
PO Box 3115
Milwaukee, WI 53201

LabCorp
PO Box 2240
Burlington, NC 27216

Lamb, Mary Jo
364 Main St.
Bedminster, NJ 07921

Larchmont Imaging Assoc
210 Ark Rd.
Mt Laurel Township, NJ 08054

Lifeline Medical Associates
P.O. Box 5190
Parsippany, NJ 07054-6190

Med Express
1751 Earlcore Rd.
Morgantown, WV 26505

Med Express Urgent Care of NJ
501 State Route 10
Ledgewood, NJ 07852

NJ EZ Pass
PO Box 4971
Trenton, NJ 08650

Obermayer, Rebmann, Maxwell, & Hippel LLP
1500 Market St Suite 3400
Philadelphia, PA 19102
```

Optum Women's Health
MN Office 102
11000 Optum Circle
Eden Prairie, MN 55344

Orthopedic Institute of NJ
PO Box 4812
Lancaster, PA 17604

Panther Valley Prop. Owners Assn.
711 Bald Eagle Rd.
Hackettstown, NJ 07840

Prompt Care Home Infusions
41 Spring St.
New Providence, NJ 07974

Radiology Assoc of Hackettstown
57 Rt. 46 Suite 212
Hackettstown, NJ 07840

Radius Global Solutions
PO Box 390846
Minneapolis, MN 55439

Roxbury Foot and Ankle
66 Sunset Strip Suite 405
Succasunna, NJ 07876

San Antonio Regional Hospital
999 San Bernardino Rd.
Upland, CA 91786

St. Luke's University Health
PO Box 788187
Philadelphia, PA 19178

Sterling Kay Jewelers
PO Box 740425
Cincinnati, OH 45274

T Mobile
P.O. Box 742596
Cincinnati, OH 45274

```
Target
PO Box 673
Minneapolis, MN 55440

TD Bank
PO Box 9547
Portland, ME 04112

The Children's Place
PO Box 182120
Columbus, OH 43218

The College of Saint Elizabeth
2 Convent Rd.
Morristown, NJ 07960

GMC Financial
PO Box 181145
Arlington, TX 76096

First Source Advantage
205 Bryant Woods South
Amherst, NY 14228

The Grogan Law Group
17 Prospect St.
Morristown, NJ 07960

CMRE Financial Services
3075 E. Imperial Hwy #200
Brea, CA 92821

Oklahoma FMS Inc
PO Box 707600
Tulsa, OK 74170

Eastern Account Systems of CT
PO Box 837
Newtown, CT 06470

Collection Bureau of Hudson Valley
PO Box 846
Newburg, NY 12550

Williams Alexander & Associates
PO Box 2148
Wayne, NJ 07474
```

Wakefield & Associates
PO Box 50250
Knoxville, TN 37950

Phoenix Financial Services
8902 Otis Ave Ste 103A
Indianapolis, IN 46216

Credit Collection Services
725 Canton St.
Norwood, MA 02062

ReMex Inc
307 Wall St.
Princeton, NJ 08540

Accurate Collection Services
17 Prospect St.
Morristown, NJ 07960

Certified Credit and Collection
PO Box 1750
Whitehouse Station, NJ 08889

LCA Collections
PO Box 2240
Burlington, NC 27216

Appex Management Systems
2501 Oregon Pike Suite 102
Lancaster, PA 17601

Transworld Systems Inc.
PO Box 15273
Willmington, DE 19850

California Business Bureau
1711 Mountain Ave.
Monrovia, CA 91016

Dynamic Recovery Solutions
135 Interstate Blvd.
Greenville, SC 29615

Sunrise Credit Services
PO Box 9100
Farmingdale, NY 11735

Administrative Recovery
6225 Sheridan Dr. Suite 118
Williamsville, NY 14221

Associated Credit Services
PO Box 5171
Westborough, MA 01581

Private National Mortgage
PO Box 514387
Los Angeles, CA 90051

Kelsey Moss
5 Mill Rd.
Burlington, NJ 08016

State of New Jersey
PO Box 046
Trenton, NJ 08646

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346